| | | |
|---|---|---|
| TREVOR CHARLES and JENNIFER CHARLES | * | DOCKET NO. 110554, DIV. ___ |
| | * | 23rd JUDICIAL DISTRICT COURT |
| **VERSUS** | * | PARISH OF ASCENSION |
| THOMAS LEE ATKINSON, CONSOLIDATED FABRICATIONS CONSTRUCTION, Inc. and AMERISURE INSURANCE COMPANY | * | STATE OF LOUISIANA |

RECEIVED AND FILED
2014 JUL 16 PM 3:45
Original signed by
Michelle Robicheaux
DEPUTY CLERK OF COURT

**DIVISION C**

FILED: _____

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, TREVOR CHARLES and JENNIFER CHARLES, individuals of the full age of majority, residing in the Parish of Ascension, State of Louisiana, who respectfully represents:

1.

Made defendants herein are:

A. **THOMAS LEE ATKINSON**, alleged on information and belief to be an individual of the full age of majority, residing in the County of Harris, State of Texas; and

B. **CONSOLIDATED FABRICATIONS CONSTRUCTION, INC.** a foreign corporation authorized and doing business in the State of Louisiana, who can be served through their agent for service of process, Corporation Service Company, 320 Somerulos St, Baton Rouge, La 70802-6129, and

C. **AMERISURE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, with its agent for service of process being the Secretary of State, State of Louisiana.

2.

On or about October 29, 2013, plaintiff, Trevor Charles, was driving his 2008 Mercedes C300, with his wife, Jennifer Charles as a passenger, on Louisiana Highway 22 towards W 182 Street in the Parish of Ascension, State of Louisiana.

3.

About the same time, the defendant, Thomas Lee Atkinson, was driving a 2009 Dodge Ram owned by PLS Construction, Inc. and also traveling on Louisiana Highway 22 in the opposite direction, when suddenly and without warning, Thomas Lee Atkinson proceeded through a red traffic light, turning left onto W. 182 Street and struck the vehicle owned and driven by Trevor Charles and in which Jennifer Charles was a passenger. After the accident, Atkinson fled the accident scene.

4.

This accident was caused solely by the fault and negligence of the defendant, Thomas Lee Atkinson, whose negligence is more particularly described as follows:

a. Failure to maintain reasonable and proper control of his vehicle upon a public road;

b. Failure to maintain a proper lookout;

    c.    Failure to obey a red traffic signal and stop his vehicle;

    d.    Failure to yield to the vehicle of the plaintiff;

    e.    Operating his automobile while intoxicated and in a wanton and/or reckless manner in disregard for the rights and safety of others; and

    f.    Other acts and omissions as will be shown on the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specially pleaded as if and as though copied in extensor.

5.

As a result of the accident, plaintiff, Trevor Charles has suffered personal injuries to his body, including but not limited to injuries to his neck and back and has sustained the following non-exclusive elements of damages:

    a.    Physical pain, suffering and anguish (past, present and future);

    b.    Mental fright, shock, fear and anguish (past, present and future);

    c.    Medical Expenses (past, present and future);

    d.    Loss of enjoyment of life;

    e.    Lost wages and loss of earning capacity;

    f.    Loss of consortium, society and services incurred as a result of the injuries to her spouse. and

    g.    Other elements of damages which will be demonstrated with particularity at the trial of this matter.

6.

As a result of the accident, plaintiff, Jennifer Charles has suffered personal injuries to her body, including but not limited to injuries to her neck and back and has sustained the following non-exclusive elements of damages:

    a.    Physical pain, suffering and anguish (past, present and future);

    b.    Mental fright, shock, fear and anguish (past, present and future);

    c.    Medical Expenses (past, present and future);

    d.    Loss of enjoyment of life;

    e.    Lost wages and loss of earning capacity;

    f.    Loss of consortium, society and services incurred as a result of the injuries to her spouse. and

    g.    Other elements of damages which will be demonstrated with particularity at the trial of this matter.

7.

At all times pertinent hereto, the 2009 Dodge Ram driven by Thomas Lee Atkinson and owned by PLS Construction, Inc. was insured by a policy of insurance, issued by Amerisure Insurance Company, under the terms of which it agreed to insure and indemnify defendant Thomas Lee Atkinson from the damages asserted herein and which policy of insurance provides liability insurance coverage for the damages of the plaintiffs herein.

8.

Trevor and Jennifer Charles also claim punitive and/or exemplary damages because at the time of the accident, Thomas Lee Atkinson, was under the influence of alcohol while operating the motor vehicle as described in paragraph 3 above, the intoxication was a cause-in-fact of the resulting injuries to Trevor and Jennifer Charles and which injuries were caused by the defendant's wanton and reckless disregard for the rights and safety of others thereby entitling plaintiffs to exemplary damages pursuant to La. C.C. Article 2315.4.

9.

Further, at the time of the accident, the defendant, Thomas Lee Atkinson, was under the course and scope of employment with his employer Consolidated Fabrication and Construction; Inc.; therefore, Consolidated Fabrication and Construction is liable for the damages caused by the defendant under the theory of respondeat superior. Consolidated Fabrication and Construction; Inc. is also liable unto petitioners for their negligent hiring of Thomas Lee Atkinson, negligent entrustment of the company vehicle when they knew or should have known he was not capable of handling the vehicle properly upon a public road and their failure to supervise their employees in such a way which should have prevented Mr Atkinson from driving the vehicle in a reckless manner and under the influence of drugs and/or alcohol. Therefore, Consolidated Fabrication and Construction; Inc. is liable unto petitioners for all damages suffered herein as pleaded above, including but not limited to, punitive and/or exemplary damages.

WHEREFORE, plaintiffs, Trevor and Jennifer Charles, pray that defendants be served with this petition, and after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiffs, Trevor and Jennifer Charles, and against defendants, Thomas Lee Atkinson, Consolidated Fabrication and Construction and

Amerisure Insurance Company, jointly and in solido, for such damages as are reasonable in the premises, including punitive and/or exemplary damages, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

BY ATTORNEYS:

SOTILE LAW FIRM, L.L.C.
38069 Post Office Road, Suite 15
Prairieville, Louisiana 70769
Tele: 225-677-5500

BY: _____
Vincent J. Sotile, Jr.
La. Bar Roll No.: 19159

DUDLEY DEBOSIER INJURY LAWYERS
Chad Dudley
La. Bar Roll No. 26868
1075 Government Street
Baton Rouge, Louisiana 70802

A TRUE COPY
_____  7/8/14
Deputy Clerk & Recorder
ASCENSION PARISH

PLEASE SERVE:

**THOMAS LEE ATKINSON through the long arm stautute**
27604 Fair Hope Meadow
Kingwood, TX 77339

**AMERISURE INSURANCE COMPANY**
through its registered agent for service of process:
The Honorable Tom Schedler
Louisiana Secretary of State
Twelve United Plaza
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CONSOLIDATED FABRICATION AND CONSTRUCTION**
Through its registered agent for service of process
Corporation Service Company
320 Somerulos St.
Baton Rouge, La 70802-6129