UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TREVOR CHARLES and** | * | **CIVIL ACTION NO.: 14-00538** |
| **JENNIFER CHARLES** | * | |
| | * | **JUDGE:  JAMES J. BRADY** |
| versus | * | |
| | * | **MAGISTRATE: RIEDLINGER** |
| **THOMAS LEE ATKINSON** | * | |
| **CONSOLIDATED FABRICATIONS** | * | |
| **CONSTRUCTION, INC. and** | * | |
| **AMERISURE INSURANCE COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER ON BEHALF OF CONSOLIDATED FABRICATION AND CONSTRUCTORS, INC. AND AMERISURE INSURANCE COMPANY

**NOW INTO COURT,** through undersigned counsel, come Defendants, Consolidated Fabrication and Constructors, Inc. (incorrectly referred to as Consolidated Fabrications Construction, Inc.) ("Consolidated") and Amerisure Insurance Company ("Amerisure"), who for their answer to the plaintiffs' Petition aver as follows.

### FIRST DEFENSE

The Petition fails to state a claim, cause or right of action against these defendants upon which relief can be granted.

### SECOND DEFENSE

Defendants specifically pleads that the accident sued upon herein was unavoidable and/or inevitable, and therefore, defendants have no liability in this matter.

## THIRD DEFENSE

In the alternative, the accident sued upon was unavoidable and arose as the result of a sudden emergency for which defendants has no liability.

## FOURTH DEFENSE

**AND NOW**, in further answer, defendants state as follows:

### 1.

The allegations of Paragraph 1 of the Petition are admitted.

### 2 – 6.

The allegations of Paragraphs 2 through 6 of the Petition are denied.

### 7.

The allegations of Paragraph 7 of the Petition are denied, except to admit that any policy of insurance issued by Amerisure is a written instrument, and the best evidence of its own terms. Further, Amersiure and Consolidated specifically aver that Thomas Atkinson was not a permissive user of the truck in question.

### 8.

The allegations of Paragraph 8 of the Petition are denied.

### 9.

The allegations of Paragraph 9 of the Petition are denied.

**AND NOW FURTHER ANSWERING:**

### **FIFTH DEFENSE**

The sole cause of the accident complained of herein was the negligence or fault of plaintiffs, which negligence or fault bars any recovery herein.

### **SIXTH DEFENSE**

In the alternative, the negligence or fault of the plaintiffs was a contributing cause of the accident and should be considered in the assessment and apportionment of damages.

### **SEVENTH DEFENSE**

In the further alternative, the sole cause of the accident complained of herein was the negligence or fault of third persons for whom these defendants have no responsibility, legal or otherwise.

### **EIGHTH DEFENSE**

In the further alternative, the negligence of any third parties, for which these defendants have no liability, was a contributing cause of accident and should be considered in the assessment and the apportionment of damages.

### **NINTH DEFENSE**

In the further alternative, the negligence of third persons being real, active and proximate and any negligence on the part of these defendants, or on the part of anyone for whom these defendants may be deemed responsible, which is specifically denied, being remote, passive and technical, entitles these defendants to complete indemnification from said third persons, or, in the

alternative, to contribution as among joint tortfeasors for any and all sums adjudged in favor of the original petitioners and against these defendants.

## TENTH DEFENSE

Defendants specifically avers that neither they nor anyone for whom they may be deemed responsible, which is specifically denied, was negligent or caused or contributed to the alleged accident and injuries of which petitioners complain.

## ELEVENTH DEFENSE

Defendants specifically avers that the plaintiff has or may have failed to reduce and/or mitigate their damages.

**WHEREFORE,** defendants pray that their answer to plaintiffs' Petition be deemed good and sufficient and after due proceedings are had, that there be judgment herein in defendants' favor and against plaintiffs dismissing plaintiffs suit at their cost, and that defendants be granted such other and further relief which equity and the justice of cause may require and permit. Defendants further pray for **TRIAL BY JURY.**

    Respectfully submitted,

    **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

    s/Mark E. Seamster
    **JAMES A. PRATHER (#20595) (T.A.)**
    **MARK E. SEAMSTER (#17136)**
    3 Sanctuary Boulevard, Third Floor
    Mandeville, Louisiana 70471
    Telephone:  985-674-6680
    Facsimile:  985-674-6681
    *Counsel for Consolidated Fabrication and Constructors, Inc. and Amerisure Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16^(TH) day of September, 2014 a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                                     s/Mark E. Seamster_____
                                     **MARK E. SEAMSTER**